NVB 105-14(1/15)

Attorney __ROBERT H. DOMICO__
Nevada Bar # __6272__
Firm Name __LAW OFFICE OF ROBERT H. DOMICO__
Address __831 CORONADO CENTER DRIVE #101__
City, State, Zip __HENDERSON, NV 89052__
Phone Number __702-375-3749__
Email Address __R.DOMICO@COX.NET__

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: BLANCA HINSHAW )  BK 11-13840-led
             )
             )  CHAPTER 13
             )
             )  FINAL REPORT OF MORTGAGE
        Debtor(s).  )  MODIFICATION MEDIATOR
             )
             )

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

A.  The final Mortgage Modification Mediation ("MMM") conference was conducted on __May 27, 2015__ and the following parties were present:

 1. [X] The Debtor [and Debtor's attorney], __RICHARD NEWARK__
 2. [ ] The co-obligor/co-borrower/or other third party, _____
 3. [X] The Lender's representative, _____
        and Lender's attorney, __KRISTIN SCHULER-HINTZ__
 4. [ ] Other: _____

B.  The final MMM conference was scheduled for _____, but not conducted for the following reason:

 1. [ ] The parties settled prior to attending.
 2. [ ] The case was dismissed.
 3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
 4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.

- 1 -

5. [ ] Other: _____.

C. The result of the MMM conference is as follows:

1. [ ] The parties reached an agreement.
2. [X] The parties did not reach an agreement.

Dated: JUNE 26, 2015

*/s/ Robert H. Domico*
Signature of Mediator
Print name: ROBERT H. DOMICO
Address: 831 CORONADO CENTER DRIVE #C101 HENDERSON, NV 89052
Telephone: 702-375-3749
Email: R.DOMICO@COX.NET