RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                                   E-filed
701 Bridger Ave, Suite 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@LasVegas13.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:                                                          CHAPTER 13
BLANCA J HINSHAW                                                CASE NO: BKS-11-13840-LED
9705 GRANITE GORGE CT
LAS VEGAS, NV 89148

**CHAPTER 13 FINAL ACCOUNT AND REPORT - COMPLETED   (BAPCPA)**

    Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, hereby submits the following Final Account and Report of the administration of the estate pursuant to 11 USC Sec. 1302 (b)(1). Any objection to the Trustee's Final Account and Report must: be written, state the grounds of objection, and be filed no later than June 09, 2016, with the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, NV 89101, with a copy served upon Rick A. Yarnall, Chapter 13 Trustee, 701 Bridger Ave, Suite 820, Las Vegas, NV 89101. In the absence of a timely filed Objection, the Bankruptcy Court will issue the debtor(s) a Discharge. In the event an objection is timely filed, the objecting party shall serve a copy of the objection upon the Trustee at the above address pursuant to the Local Bankruptcy Rule 9014.

| Case Filed Date: | Date Plan Confirmed: | Date Case Closed: |
|---|---|---|
| 03/18/2011 | 10/04/2011 | 05/05/2016 |

Total funds received and disbursed pursuant to the plan:     $98,982.00     Detail of Disbursements below:

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| United States Bankruptcy Court | | 00001 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | 6 | 00002 | FAIR MARKET VALUE | 63,000.00 | 63,000.00 | 9,323.72 |
| BANK OF AMERICA, N.A. AS SUCCESSOR- IN-INTEREST TO FIA | 3-2 | 00003 | UNSECURED | 111.50 | 0.00 | 0.00 |
| BACK BOWL I LLC | 5 | 00004 | UNSECURED | 2,336.07 | 102.96 | 0.00 |
| Citi | | 00005 | UNSECURED | 0.00 | 0.00 | 0.00 |
| COTTONWOOD AT SUNRISE MOUNTAIN HOA | 2-3 | 00006 | SECURED | 3,025.70 | 3,025.70 | 433.14 |
| FHA/HUD | | 00007 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | 1 | 00008 | UNSECURED | 21,896.71 | 965.12 | 0.00 |
| Internal Revenue Service | | 00009 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 7 | 00010 | MORTGAGE ARREARS | 1,486.49 | 1,486.49 | 0.00 |
| US BANK N A | 8 | 00011 | VEHICLE DIRECT | 21,256.53 | 0.00 | 0.00 |

HINSHAW, BLANCA                                                                   CASE NO: BKS-11-13840-LED

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| PRA Receivables Management LLC As Agent Of | 4 | 00012 | UNSECURED | 4,003.62 | 176.46 | 0.00 |
| Veterans Administration | | 00013 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| NARRAH F NEWARK | | 00014 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| RICK A. YARNALL | | 00015 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | 6 | 00016 | UNSECURED | 128,315.49 | 5,655.59 | 0.00 |
| ESTIMATED ADDITIONAL ATTORNEY FEES | | 00017 | ESTIMATED ADDITIONAL | 0.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | | 00018 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| NEWARK & NEWARK LAW FIRM | | 00021 | ADMIN EXPENSE | 2,500.00 | 2,500.00 | 0.00 |
| NEWARK & NEWARK LAW FIRM | | 00000 | Administrative | $5,488.92 | $5,488.92 | |

The debtor(s) attorney, NEWARK & NEWARK LAW FIRM, was allowed $6,988.92 of which $1,500.00 was paid directly by the debtor(s) and $5,488.92 was paid from the plan.  The filing fee has been paid to the clerk directly by the debtor/debtor's Attorney.

**Disbursement Summary:**

| | |
|---|---|
| Trustee Fees Pursuant to 11 USC 1326 (b) | $6,823.90 |
| 11 USC 503(b) Administrative Expenses | $0.00 |
| Sanctions/Additional Expenses | $0.00 |
| Attorney's Fees | $5,488.92 |
| Previous Attorney Fees | $0.00 |
| Priority | $2,500.00 |
| Secured | $77,269.05 |
| Unsecured | $6,900.13 |
| Refund to the Debtor and/or Chapter 7 Trustee | $0.00 |
| Total | $98,982.00 |

Dated: May 05, 2016                                          Submitted by:

/s/ Rick A. Yarnall
RICK A. YARNALL
Chapter 13 Bankruptcy Trustee